CARL F. A. PRINTZLAU, Respondent, v. AMERICAN-WEST AFRICAN LINE, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See 268 App. Div. 772.]

HARRY STARR, Appellant, v. KATHLEEN MEYER, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

GROMBACH PRODUCTIONS, INC., Respondent-Appellant, v. FRED M. WARING, Appellant, and STACK-GOBLE ADVERTISING AGENCY, INC., et al., Defendants-Respondents.— Judgment modified by reinstating the verdict of $13,000 in favor of plaintiff and against the defendant Fred M. Waring with interest and costs at Trial Term, and as so modified affirmed, with costs of this appeal to the plaintiff against said defendant. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Dore, J., dissents as to the defendant Fred M. Waring and votes to reverse the judgment in favor of plaintiff against said defendant. Settle order on notice.

## (May 29, 1944.)

MINDELLE C. ZEIDEN, Respondent, v. SAMUEL OLIPHANT, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, and the stays contained in the order of this court entered May 1, 1944, and in the order to show cause dated April 24, 1944, vacated. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

IRENE H. MUEHLSTEIN, Appellant, v. JULIUS MUEHLSTEIN, Respondent.— Orders entered March 24, 1944, and May 9, 1944, unanimously affirmed. Appeal from order entered May 22, 1944, withdrawn by consent. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

## SECOND DEPARTMENT, MAY, 1944.

### (May 1, 1944.)

WALKER J. BURNS, Individually and as Administrator of the Estate of MILDRED T. BURNS, Deceased, Appellant, v. JOHN G. TURNBULL et al., Respondents, et al., Defendants.— Motion for reargument granted and case set down for argument on Wednesday, May 24, 1944. [See 266 App. Div. 779.] Present — Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ.

TESSIE CAVALLARO et al., Appellants, v. LONG ISLAND RAILROAD COMPANY, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ.

SARA FUCHS, Appellant, v. LONDON & LANCASHIRE INDEMNITY COMPANY OF AMERICA, Respondent.— Motion for reargument denied, without costs. [See 258 App. Div. 603.] Present — Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ.

GARBROS, INC., Respondent, v. HENRY SCHNIER, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ.